**UNITED STATES DISTRICT COURT4**
**NORTHERN DISTRICT OF NEW YORK**

────────────────────────────────

IN RE: HOLLY AND BRUCE INGRAHAM,          Case No. 1:21-PF-0004 (GTS)

                  **Respondents.**

────────────────────────────────

<u>**PRE-FILING ORDER**</u>

On October 29, 2021, Holly and Bruce Ingraham ("Respondents") were ordered by the undersigned to show cause as to why they should not be enjoined from filing any pleadings or documents of any kind (including motions) as *pro se* plaintiffs in the U.S. District Court for the Northern District of New York without prior permission of the Chief Judge or his or her designee (except pleadings or documents in a case that is open at the time of the issuance of the Court's Pre-Filing Order, until that case is closed).  (Dkt. No. 1.)  Respondents have failed to respond to the Court's Order to Show Cause.  (See generally Docket Sheet.)

As a result, Respondents are permanently enjoined from filing any pleadings or documents of any kind (including motions) as *pro se* plaintiffs (either together or individually) in the U.S. District Court for the Northern District of New York without prior permission of the Chief Judge or his or her designee (except pleadings or documents in a case that is open at the time of the issuance of the Court's Pre-Filing Order, until that case is closed), subject to the requirements outlined below.

        **NOTICE TO PRO SE LITIGANTS: FAILURE TO STRICTLY COMPLY WITH THE REQUIREMENTS OUTLINED BELOW MAY SUBJECT YOU TO FURTHER SANCTIONS, INCLUDING THE DISMISSAL OF YOUR COMPLAINT/PETITION OR STRIKING OF YOUR SUBMISSION.**

**ACCORDINGLY**, it is

**ORDERED** that, pursuant to 28 U.S.C. § 1651(a), Respondents are permanently enjoined from filing any pleadings or documents of any kind (including motions) as *pro se* plaintiffs (either together or individually) in the U.S. District Court for the Northern District of New York without prior permission of the Chief Judge or his or her designee (except pleadings or documents in a case that is open at the time of the issuance of the Court's Pre-Filing Order, until that case is closed),[1] subject to the requirements outlined below; and it is further

**ORDERED** that the Clerk of the United States District Court for the Northern District of New York shall maintain the current file (1:21-PF-0004) with the general title "In Re: Holly and Bruce Ingraham."  Unless otherwise ordered by the Chief Judge or his or her designee, this file shall serve as the repository of all orders relating to Respondents in this District, pleadings or documents submitted under the procedures set forth herein, any order entered pursuant thereto, and any document of any kind, whether stricken or not, submitted *pro se* by Respondents (except pleadings or documents in a case that is open at the time of the issuance of this Pre-Filing Order,

---

[1]   This injunction applies to, among other things, continued filings of documents by Respondents as *pro se* plaintiffs in the following actions: (1) an action opened by them in this Court through the filing of a complaint, a motion, an application, or any other means; (2) an action opened by them in another federal district court and transferred to this Court, when that action clearly should have been venued in this District, *see In re: Leon R. Koziol,* 15-AF-0005, Order, at 2-3 & n.2 (N.D.N.Y. filed Dec. 19, 2019) (Suddaby, C.J.) (collecting cases); and (3) an action opened by them in state court and removed to this Court by any party, when that action was laden with federal claims (especially claims based on grounds previously trodden by them in this Court, and asserted against defendants who had been previously sued by them in this Court on similar grounds), *see In re: Leon R. Koziol,* 15-AF-0005, Order, at 2-5 & nn.3 (N.D.N.Y. filed Dec. 19, 2019) (Suddaby, C.J.) (collecting cases).

until that case is closed).  The Clerk  of the Court shall also maintain a docket sheet associated with this case number and shall list all documents filed therein; and it is further

    **ORDERED** that, before filing any pleadings or documents of any kind (including motions) *pro se* in the Court (except pleadings or documents in a case that is open at the time of the issuance of this Pre-Filing Order, until that case is closed), Respondents must first obtain permission from the Chief Judge or his or her designee.  To do so, Respondents must submit to the Court three documents in the form described below: (1) a petition requesting leave to file; (2) an affidavit containing information specified below; and (3) a copy of the pleading or document sought to be filed.  The filing shall be entitled "Application Pursuant to Court Order Seeking Leave to File," and shall contain the assigned file number in the caption; and it is further

    **ORDERED** that a petition requesting leave to file must contain the following information:

    (1) a statement advising the Court whether any defendant to the lawsuit was a party, litigant, judge, attorney, court officer, public official or participant to, or was in any way involved in, any prior lawsuit or bankruptcy proceeding involving Respondents, and if so, in what capacity;

    (2) a list of all lawsuits in the United States District Court for the Northern District of New York, Court of Appeals for the Second Circuit, and state courts in which Respondents were or are parties, including (a) the name, case number and citation, if applicable, of each lawsuit, and (b) a statement indicating the nature of

Respondents' involvement in each lawsuit and its current status or disposition;

(3) a list of all federal or state cases in which a judgment was rendered against Respondents, if any, including (a) the name, case number and citation, if applicable, (b) the amount of the judgment rendered against them, and (c) the amount, if any, of the judgment that remains outstanding and the reasons therefor;

(4) a list of all federal or state cases in which a judgment was rendered in favor of Respondents, if any, including the name, case number and citation, if applicable; and

(5) a list identifying the procedural or monetary sanctions, assessment of attorneys' fees, contempt orders or jail sentences arising out of a civil prosecution imposed against them by any court, including all appellate courts, if any, including (a) the name, case number and citation, if applicable, of each case, (b) a brief statement explaining the sanctions, contempt order, attorneys' fees or jail sentence imposed, (c) the type or amount of sanctions, (d) the outstanding amount of any sanctions or attorneys' fees, and (e) the current status or disposition of the matter; and it is further

**ORDERED** that Respondents shall also submit (with the above-described petition) an affidavit, in the proper legal form, with appropriate jurat and notarization, containing the following recitals:

(1) that the pleading or claims Respondents wish to present, or the relief they seek, has never before been raised by them and disposed of by any federal or state court and are not, to the best of their knowledge, barred by the doctrines of

4

collateral estoppel or res judicata;

(2) that (a) to the best of their knowledge the claim or claims are not frivolous or asserted in bad faith, (b) they are well-grounded in fact and warranted by existing law or a good-faith argument for the extension, modification or reversal of existing law, and (c) the lawsuit is not interposed for any improper purpose, such as to harass, cause unnecessary delay or needless increase in the cost of litigation, or to avoid the execution of a valid judgment;

(3) that the claim or claims are not meant to harass any judicial officer, attorney, individual, organization or entity; and

(4) that, in prosecuting the action, Respondents will comply with all federal and local rules of procedure, including those requiring the service on other parties of all pleadings and documents filed with the Court, and will provide the Court with acceptable proof that such service was made; and it is further

**ORDERED** that Respondents shall include with the above-described petition and affidavit a copy of the pleading and/or any other document(s) to be filed with the Court, and that the pleading and/or document(s) shall conform with the requirements of this Pre-Filing Order, Fed. R. Civ. P. 8, all other provisions contained in the Federal Rules of Civil Procedure, and the District's Local Rules of Practice; and it is further

**ORDERED** that, upon filing of the Application Pursuant to Court Order Seeking Leave to File, the Clerk or his or her designated deputy shall docket the pleading and/or document(s) in the case and in accordance with the rules, and immediately forward them to the Chief Judge or his or her designee for review; and it is further

**ORDERED** that, if the Application Pursuant to Court Order Seeking Leave to File includes a pleading of any kind, the Clerk shall **STAY** the case and shall not issue the requisite summonses until directed to do so by the Chief Judge or his or her designee; and it is further

**ORDERED** that, in deciding such an Application, the Chief Judge or his or her designee should consider the following:

(1) whether Respondents have complied with the procedures set forth in this Pre-Filing Order in all particulars;

(2) whether Respondents' pleading and/or document(s) comply with the Federal Rules of Civil Procedure and the District's Local Rules of Practice;

(3) whether the Respondents' pleading and/or document(s) are frivolous, abusive, harassing or malicious;

(4) whether the claims asserted in Respondents' pleading have been adjudicated previously by any state or federal court;

(5) whether Respondents have complied in all respects with Fed. R. Civ. P. 11 and all pleadings and documents would not give rise to liability for unreasonable and vexatious multiple filings;

(6) whether the pleading asserts claims against judges, court officials, public officers or any other individuals who may have immunity from suit; and

(7) whether the pleading and/or document(s) meet such other reasonable requirements established by the Court; and it is further

**ORDERED** that failure to comply with the procedures and principles set forth in

6

this Order shall be grounds for denying the Application Pursuant to Court Order Seeking Leave to File without further review.  Likewise, false or misleading recitals in the pleading or document shall be grounds for denial and may subject Respondents to further sanctions under Fed. R. Civ. P. 11, 28 U.S.C. § 1927 and/or the Court's inherent power to sanction a litigant for bad-faith conduct or for disobeying court orders; and it is further

**ORDERED** that Respondents are further advised that nothing in this Pre-Filing Order (a) hinders their ability to defend themselves in any criminal action brought against them, (b) limits their access to any court other than the United States District Court for the Northern District of New York, or (c) affects their rights in any of their currently pending actions in state or federal court; and it is further

**CERTIFIED** pursuant to 28 U.S.C. § 1915(a)(3) that <u>any appeal from this Pre-Filing Order would not be taken in good faith</u>; and it is further

**ORDERED** that the Clerk shall serve a copy of this Pre-Filing Order on Respondents by certified mail.

Signed:      December 20, 2021
             Syracuse, New York


Hon. Glenn T. Suddaby
Chief U.S. District Judge